*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOMERO GOMEZ, | ) | No. C 05-1631 RMW (PR) |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME; DIRECTING DEFENDANTS TO FILE REPLY BRIEF |
| vs. | ) | |
| LARRY MAUKONEN, | ) | |
| Defendant. | ) | (Docket No. 24) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging inadequate medical care against Pelican Bay State Prison ("PBSP") medical personnel.  Good cause appearing, plaintiff's request for an extension of time, to and including July 11, 2008, in which to file an opposition to defendants' motion to dismiss is GRANTED.  Defendants **shall** file a reply brief on or before **July 25, 2008.**

This order terminates Docket No. 24.

IT IS SO ORDERED.

DATED: 7/1/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time
P:\pro-se\sj.rmw\cr.05\Gomez631eot

1